STATE v. CHAPPELL

No. 101P95

Case below: 118 N.C.App. 174

Petition by defendant for temporary stay allowed 10 March 1995 pending receipt and determination of a timely filed petition for discretionary review.

STATE v. CHRISTENBURY

No. 64P95

Case below: 117 N.C.App. 614

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

STATE v. FARRIOR

No. 2PA95

Case below: 117 N.C.App. 429

339 N.C. 617

Petition by Attorney General for writ of supersedeas dismissed and temporary stay dissolved 6 April 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1995 for the purpose of remand to the Court of Appeals for reconsideration in light of the decision in *State v. Cheek* filed 3 March 1995.

STATE v. KEASLING

No. 53P95

Case below: 117 N.C.App. 465

Petition by defendant (Pro Se) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 1995.

STATE v. LUNDQUIST

No. 61P95

Case below: 117 N.C.App. 465

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.